# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON,<br><br>      Petitioner,<br><br>    v.<br><br>J. SOTO, Warden,<br><br>      Respondent. | Case No. CV 15-5183 MRW<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 5, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE